# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 21-83-GF-BMM |
| **Plaintiff,** | |
| **vs.** | ORDER |
| **KIM RENEE SCHILDT,** *a.k.a. Kim LaPlant,* | |
| **Defendant.** | |

The United States of America has filed an unopposed motion to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48.  The Court finds there is good cause for the motion.  Therefore, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice.

Dated this 20th day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court